AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

**OFFENSE CHARGED**
Assault on federal officer

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Place of offense: Harlingen, Texas

U.S.C. Citation: Title 18 USC 111(a)(1)

**Name of District Court, and/or Judge/Magistrate, Location (City)**
Southern District of Texas
Karen Betancourt, U.S. Magistrate Judge
1:25-MJ-483-01

United States Courts
Southern District of Texas
FILED
June 10, 2025
Nathan Ochsner, Clerk of Court

**DEFENDANT - U.S. vs.**
Maria Isabel CRUZ-SALAS

Address: ███████, San Benito, Texas

Birth Date: ███ 1987
[ ] Male [X] Female
[X] Alien (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y   [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Special Agent Theodore Holmes
[X] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Angel Castro

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction   [ ] Fed'l [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [X] Yes  [ ] No
If "Yes" give date filed: 06/09/2025

DATE OF ARREST: June 9, 2025
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY:

[ ] This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*