## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Criminal No. B-25-499 |
| MARIA ISABEL CRUZ-SALAS | § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charge contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for _____ July 17 ____, **2025.**

Respectfully submitted, this ___17th___ day of _____July_____ 2025.

MARIA ISABEL CRUZ-SALAS
Printed Name of Defendant

X MARIA ISABEL CRUZ S.
Signature of Defendant

ANGEL OLIVO-GARCIA
Printed Name of Attorney

/s/
Signature Attorney for Defendant

## ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____ July 17 ____, 2025.

DONE at Brownsville, Texas the _____ day of _____, 2025.

_____
Karen Betancourt
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *24 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.