UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | CR. NO. B-25-499 |
| **MARIA ISABEL CRUZ-SALAS** | § | |

**NOTICE OF NO OBJECTIONS TO THE PSR AND INTENT TO
ENFORCE WAIVER OF APPEAL PROVISIONS OF THE PLEA AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America ("the United States") files this Notice of No Objections to the PSR and Intent to Enforce Waiver of Appeal Provisions of the Plea Agreement:

**I - NOTICE OF NO OBJECTIONS**

The United States, having reviewed the recommended findings of fact and application of the advisory guidelines, has no objections to the PSR.

**II - NOTICE OF INTENT TO ENFORCE WAIVER OF APPEAL**

Defendant entered a guilty plea under the terms of a written plea agreement agreeing to waive certain rights to appeal as set out in 18 U.S.C. § 3742(a). The United States hereby gives notice that it will invoke its rights under the plea agreement and move to have any appeal raising issues under 18 U.S.C. § 3742(a) dismissed as waived.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ David A. Coronado*
DAVID A. CORONADO
Assistant U.S. Attorney
Fed Bar No. 38817
State Bar No. 24038834
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711

## CERTIFICATE OF SERVICE

I, hereby certify that on **October 9, 2025,** the Notice of No Objections to the PSR was sent via Notification of Electronic Filing to defense counsel, and to the Federal Probation Office, Brownsville, Texas.

*s/ David A. Coronado*
DAVID A. CORONADO
Assistant U.S. Attorney